UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Flagstar Bank, FSB

In Re:

Bryan Adams & Sheila Harris-Adams,

Debtors.

Case No.:    22-16468-ABA

Chapter:    13

Hearing Date:    10/19/2022

Judge:    Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 10/13/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*