UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

| | |
|---|---|
| **In Re:** | Case No. 22-16468-ABA |
| **BRYAN A. ADAMS  AND** | Judge: Andrew B. Altenburg, Jr. |
| **SHEILA K. HARRIS-ADAMS,** | Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | __XX__ Followed | _____ Modified |

**PRE-CONFIRMATION CERTIFICATION COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §1325 (a)(8) AND (a)(9)**

I, BRYAN A. ADAMS AND SHEILA K. HARRIS-ADAMS, upon my oath according to law, hereby certifies as follows:

1. The below information is being supplied for compliance with the confirmation hearing date on October 26, 2022.

2. The above named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. §1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing statements is true and correct.

DATED: 10/13/22

/s/ Bryan A. Adams
_____
BRYAN A. ADAMS, Debtor

DATED: 10/13/22

/s/ Sheila K. Harris-Adams
_____
SHEILA K. HARRIS-ADAMS, Joint Debtor