Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16468−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bryan A. Adams
11 Linden Avenue
Merchantville, NJ 08109

Sheila K. Harris−Adams
aka Sheila Harris
11 Linden Avenue
Merchantville, NJ 08109

Social Security No.:
xxx−xx−2395

xxx−xx−8206

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2022.

Dated: December 15, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-16468-ABA

Bryan A. Adams                                                                                      Chapter 13

Sheila K. Harris-Adams

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                              Page 1 of 3

Date Rcvd: Dec 15, 2022                Form ID: plncf13                           Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan A. Adams, Sheila K. Harris-Adams, 11 Linden Avenue, Merchantville, NJ 08109-2015 |
| 519682835 | + | Bromley Neurology, 739 S. White Horse Pike, Audubon, NJ 08106-1659 |
| 519682842 | + | Discover, c/o Selip & Stylianou, 10 Forest Ave., Ste 300, Paramus, NJ 07652-5238 |
| 519682860 | + | Selip & Stylianou LLP, Re: Discover-DC010704-20, 10 Forest Avenue, Ste 300, Paramus, NJ 07652-5238 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519736554 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519682834 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2022 21:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519682833 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2022 21:04:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519682837 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519682836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:26 | Cap One, ATTN: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519682844 | | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 519682843 | | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 519687354 | | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519682845 | + | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519682846 | + | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519734192 | | Email/Text: cashiering-administrationservices@flagstar.com | Dec 15 2022 21:04:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519682848 | | Email/Text: cashiering-administrationservices@flagstar.com | Dec 15 2022 21:04:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI |

Case 22-16468-ABA    Doc 24    Filed 12/17/22    Entered 12/18/22 00:16:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519682849 | + | Email/Text: cashiering-administrationservices@flagstar.com Dec 15 2022 21:04:00 | | Flagstar Bank, Attn: Bankruptcy Dept, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519682840 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 15 2022 21:07:33 | | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519682838 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 15 2022 21:07:20 | | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519682850 | | Email/Text: govtaudits@labcorp.com Dec 15 2022 21:04:00 | | LabCorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 519682851 | | Email/Text: govtaudits@labcorp.com Dec 15 2022 21:04:00 | | LabCorp, c/o LCA Collections, P.O. Box 2240, Burlington, NC 27216-2240 |
| 519703905 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2022 21:04:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519682852 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2022 21:04:00 | | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519682853 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2022 21:04:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519739753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2022 21:07:14 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519682854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2022 21:07:35 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519682856 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2022 21:07:14 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519682858 | + | Email/Text: clientservices@remexinc.com Dec 15 2022 21:04:00 | | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519682859 | + | Email/Text: clientservices@remexinc.com Dec 15 2022 21:04:00 | | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519682862 | | Email/Text: bankruptcy@springoakscapital.com Dec 15 2022 21:03:00 | | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519682861 | | Email/Text: bankruptcy@springoakscapital.com Dec 15 2022 21:03:00 | | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 519744352 | | Email/Text: bankruptcy@springoakscapital.com Dec 15 2022 21:03:00 | | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519740393 | + | Email/PDF: gecsedi@recoverycorp.com Dec 15 2022 21:07:22 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684035 | + | Email/PDF: gecsedi@recoverycorp.com Dec 15 2022 21:07:21 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519682863 | + | Email/PDF: gecsedi@recoverycorp.com Dec 15 2022 21:07:32 | | Synchrony/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 519682864 | + | Email/PDF: gecsedi@recoverycorp.com Dec 15 2022 21:07:24 | | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519682866 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 15 2022 21:04:00 | | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519682865 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Dec 15 2022 21:04:00 | | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 519735847 | + | Email/PDF: ebn_ais@aisinfo.com Dec 15 2022 21:07:37 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519682867 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 15 2022 21:03:00 | | Verizon Wireless, National Recovery Operations, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 519682868 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Dec 15 2022 21:03:00 | | Minneapolis, MN 55426<br>Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519682847 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519682841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519682839 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519682855 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519682857 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Joint Debtor Sheila K. Harris-Adams leeabt2@verizon.net r40016@notify.bestcase.com |
| Lee Abt | on behalf of Debtor Bryan A. Adams leeabt2@verizon.net r40016@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6