Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16468 (ABA)

Bryan A. Adams and Sheila K. Harris-Adams
11 Linden Avenue
Merchantville, NJ  08109

Monthly Payment: $1,476.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/06/2022 | $492.00 | 10/03/2022 | $492.00 | 11/07/2022 | $492.00 | 12/12/2022 | $492.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRYAN A. ADAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,250.00 | $0.00 | $4,250.00 | $0.00 |
| 1 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SERVICES, LLC | 33 | $2,252.00 | $0.00 | $0.00 | $0.00 |
| 3 | BROMLEY NEUROLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAP ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DISCOVER BANK | 33 | $7,904.80 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DISCOVER FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FLAGSTAR BANK | 24 | $26,892.44 | $0.00 | $26,892.44 | $0.00 |
| 14 | FLAGSTAR BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LABCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LABCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDLAND FUNDING, LLC | 33 | $720.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND FUND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,689.89 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,948.06 | $0.00 | $0.00 | $0.00 |
| 21 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $2,467.45 | $0.00 | $0.00 | $0.00 |
| 24 | SPRING OAKS CAPITAL SPV, LLC | 33 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 25 | SPRING OAKS CAPITAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SYNCHRONY/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCHRONY/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | U.S. BANKCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. BANKCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | VERIZON WIRELESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | VERIZON BY AMERICAN INFOSOURCE | 33 | $433.37 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SHEILA K. HARRIS-ADAMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2022 | 3.00 | $0.00 |
| 12/01/2022 | Paid to Date | $1,476.00 |
| 01/01/2023 | 56.00 | $592.00 |
| 09/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,968.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,799.74 |
| Arrearages: | ($492.00) |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**