UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LEE ABT, ESQUIRE
Strawbridge Professional Center
212 West Route 38, Building 200
Moorestown, NJ 08057
(856) 914-5100
I.D. # LA5525

| | |
|---|---|
| In Re: | Case No.: 22-16468-ABA |
| | Chapter: 13 |
| **BRYAN A. ADAMS** | Adv. No.: |
| **AND SHEILA K. HARRIS-ADAMS**, | Hearing Date: |
| Debtors. | Judge: Andrew B. Altenburg, Jr. |

_____

# CERTIFICATION OF SERVICE

1.  I, LEE ABT, ESQUIRE :

    <u>XXX</u> represent the DEBTOR in the above-captioned matter.

    • am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    • am the _____ in the above case and am representing myself.

2.  On 4/23/25, I sent a copy of the following pleadings and/or documents to the

    parties listed in the chart below/on the following page(s): **Debtor's objection to the Trustee's**

    **Certification of Default.**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 4/23/25

/s/ Lee Abt

_____

LEE ABT, ESQUIRE
Attorney for Debtor

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | • Hand-delivered<br>• Regular mail |
| Andrew B. Finberg, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Suite 580, 535 Route 38<br>Cherry Hill, New Jersey 08002 | Trustee | |
| | | • Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>    (as authorized by the court *) |
| | | • Hand-delivered<br>• Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>    (as authorized by the court *) |
| | | • Hand-delivered<br>• Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>    (as authorized by the court *) |
| | | • Hand-delivered<br>• Regular mail<br>• Certified mail/RR<br>• E-mail<br>• Notice of Electronic Filing (NEF)<br>• Other _____<br>    (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.