Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16468−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bryan A. Adams
11 Linden Avenue
Merchantville, NJ 08109

Sheila K. Harris−Adams
aka Sheila Harris
11 Linden Avenue
Merchantville, NJ 08109

Social Security No.:
xxx−xx−2395

xxx−xx−8206

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 09:00 AM

to consider and act upon the following:

*33* − Objection to Trustee Certification of Default (related document:32 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/24/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Lee Abt on behalf of Bryan A. Adams, Sheila K. Harris−Adams. (Abt, Lee)

Dated: 4/23/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court